ACCEPTED
03-16-00131-CV
13045495
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/4/2016 10:53:53 AM
JEFFREY D. KYLE
CLERK

**NO. 03-16-00131-CV**

_____

IN THE COURT OF APPEALS
THIRD JUDICIAL DISTRICT OF TEXAS
AT AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/4/2016 10:53:53 AM
JEFFREY D. KYLE
Clerk

_____

Mary Louise Serafine,
*Appellant*

v.

Alexander Blunt, Ashley Blunt;
Scott Lockhart, Austin Drainage and Foundation, LLC
D/B/A Austin Drainage and Landscape Development;
Viking Fence Company, Ltd.; and Viking GP, LLC,
*Appellees.*

---

**APPELLEES' FIRST JOINT UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE THEIR APPELLEES' BRIEFS**

---

TO THE HONORABLE THIRD COURT OF APPEALS:

Appellees Alexander and Ashley Blunt, Scott Lockhart, Austin Drainage and Foundation, LLC D/B/A/ Austin Drainage and Landscape Development, Viking Fence Company Ltd., and Viking GP, LLC ("the Appellees") move pursuant to Rules 10.5(b) and 38.6(d) of the Texas Rules of Appellate Procedure, and ask that this Court grant a 37-day extension of time for filing their Appellees' Briefs, from October 26, 2016, until December 2, 2016.

1

# I.   ARGUMENT & AUTHORITIES

1.     The Court has the authority under Texas Rule of Appellate Procedure 38.6(d) to extend the time to file Appellees' Briefs.   This Motion is filed in accordance with Texas Rule of Appellate Procedure 10.5(b)(1).  No rule provides a deadline to file this Motion to Extend.   *See* Tex. R. App. P. 38.6(d).

2.     The Appellees' Briefs are currently due on October 26, 2016.

3.     Counsel for the Blunt Appellees needs additional time to prepare the Blunts' Brief because, pursuant to a vacation notice previously filed with this Court and attached hereto as Exhibit 1, counsel is currently out of the country on pre-paid travel—at the time that Appellant's Brief has been filed—and will not return to the office until October 10, 2016.

4.     Counsel for the Viking Appellees needs additional time to prepare the Vikings' brief because Counsel has been and will be occupied with preparing a brief in *Shull v. Westover Crossing (SA) HOA, Inc., et al.*, No. 04-15-00692-CV, pending in the Fourth District Court of Appeals at San Antonio, Texas, and preparing for oral argument in *Soledad v. Texas Farm Bureau Mutual Insurance Co.*, No. 03-16-00203-CV, pending in the Third Court of Appeals at Austin, Texas.

5.     Counsel for Appellee Scott Lockhart and Austin Drainage and Foundation needs an extension of time because Counsel for Scott Lockhart and Austin Drainage and Foundation will, in the coming weeks, be traveling and

2

preparing for trial in other cases, which will prevent him from devoting sufficient time to preparing Austin Drainage and Foundation's brief.

6. Additionally, given the large number and complexity of the issues presented, and the voluminous nature of the record designated by Appellant, counsel for all Appellees need additional time to review the record and prepare the Appellees' Briefs.

7. Counsel requests a 37-day extension (rather than a standard 30-day extension) because the 30th day falls on November 25, 2016, which is the day after Thanksgiving. Counsel, therefore, respectfully request an additional week thereafter, moving the deadline to December 2, 2016.

8. The requested extension of Appellees' Brief deadlines will not prejudice any party.

9. No extensions of time have previously been requested by or granted to Appellees Alexander and Ashley Blunt, Scott Lockhart, Austin Drainage and Foundation, or Appellees Viking Fence and Viking GP in this appeal.

10. The $10.00 filing fee has been submitted in connection with this Motion.

## II. PRAYER

For these reasons, Appellees Alexander and Ashley Blunt, Scott Lockhart, Austin Drainage and Foundation, LLC D/B/A Austin Drainage and Landscape

3

Development, and Viking Fence Co., Ltd. and Viking GP, LLC respectfully pray, without any opposition of any party, that this Court grant an extension of time to file their Appellees' Briefs from October 26 to December 2, 2016, which is 37 days from the current deadline.

Respectfully submitted,

MARTENS, TODD, LEONARD, TAYLOR & AHLRICH

By: /s/ Amanda G. Taylor
  Amanda Taylor
  ataylor@textaxlaw.com
  State Bar No. 24045921
  301 Congress Ave., Suite 1950
  Austin, Texas 78701
  Telephone: (512) 542-9898

ATTORNEY FOR APPELLEES ALEXANDER
AND ASHLEY BLUNT

THOMPSON COE COUSINS & IRONS, LLP

By: /s/ Sara B. Churchin
  Wade C. Crosnoe
  State Bar No. 00783903
  Sara B. Churchin
  State Bar No. 24073913
  701 Brazos, Suite 1500
  Austin, Texas 78701
  Telephone: (512) 708-8200
  Telecopy: (512) 708-8777
  E-Mail: wcrosnoe@thompsoncoe.com
  E-Mail: schurchin@thompsoncoe.com

ATTORNEYS FOR APPELLEES VIKING
FENCE COMPANY, LTD. AND VIKING GP,
LLC


RAYDON & ASSOCIATES, LLC

By:__/s/ Ronald M. Raydon_____
    Ronald M. Raydon
    1718 Fry Road, Suite 450
    Houston, Texas 77084
    Telephone: (281) 398-6402
    Telecopy:   (281) 398-6403
    E-Mail:   ron@raydonlaw.com

COUNSEL FOR APPELLEES SCOTT
LOCKHART AND AUSTIN DRAINAGE &
FOUNDATION, LLC


## CERTIFICATE OF CONFERENCE

As required by Texas Rule of Appellate Procedure 10.1(a)(5), we certify that counsel for the Blunt Appellees, the Lockhart/Austin Drainage Appellees and the Viking Appellees made a reasonable attempt to confer with all counsel about the merits of Appellees' Motion.   All parties are unopposed.

/s/ Amanda G. Taylor_____
Amanda G. Taylor

/s/ Sara Berkeley Churchin_____
Sara Berkeley Churchin

/s/ Ronald M. Raydon_____
Ronald M. Raydon

5

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing Appellees' First Unopposed Joint Motion for Extension of Time to File Their Appellees' Briefs has been electronically filed and served on counsel below on October 4, 2016.  *See* Tex. R. App. P. 9.2(c)(1), 9.5(b)(1).

Mary Louise Serafine, Esq.
P.O. Box 4342
Austin, Texas 78765
mlserafine@gmail.com
*Appellant, Pro Se*


*/s/ Sara Berkeley Churchin*
Sara Berkeley Churchin

# EXHIBIT 1
# VACATION NOTICE

ACCEPTED
03-16-00131-CV
11234617
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/20/2016 3:19:21 PM
JEFFREY D. KYLE
CLERK

# MARTENS, TODD, LEONARD, TAYLOR & AHLRICH
## A GENERAL PARTNERSHIP

JAMES F. MARTENS*
KELLI H. TODD
LACY L. LEONARD

Attorneys at Law

*Board Certified in Tax Law
Texas Board of Legal Specialization

301 CONGRESS AVENUE, SUITE 1950
AUSTIN, TEXAS 78701
(512) 542-9898
FAX (512) 542-9899
www.textaxlaw.com

AMANDA G. TAYLOR‡
DANIELLE V. AHLRICH
KATIE M. WOLTERS

Attorneys at Law

‡Board Certified in Appellate Law
Texas Board of Legal Specialization

June 20, 2016

**Via Electronic Filing**
Court of Appeals, Third District of Texas
Attn: Jeffrey Kyle, Clerk
Price Daniel Sr. Building
209 West 14th Street, Room 101
Austin, Texas 78701

> Re: **03-16-00131-CV**, *Mary Louise Serafine, Appellant v. Alexander Blunt; Ashley Blunt; Scott Lockhart; Austin Drainage and Foundation, LLC d/b/a Austin Drainage and Landscape Development; Viking Fence Company, Ltd.; and Viking GP, LLC, Appellees*

Dear Mr. Kyle:

I will be out of the office beginning Monday, September 19, 2016 through Friday, October 7, 2016, for prepaid travel out of the country. Accordingly, I would appreciate it if you would not schedule anything relating to this case during the days that I am out of this office. Thank you for your attention to this matter.

Respectfully submitted,

MARTENS, TODD, LEONARD, TAYLOR & AHLRICH


By:    */s/ Amanda G. Taylor*
         Amanda G. Taylor
         State Bar No. 24045921
         301 Congress Ave., Suite 1950
         Austin, Texas 78701
         Telephone: (512) 542-9898
         ataylor@textaxlaw.com

ATTORNEY FOR APPELLEES
ALEXANDER AND ASHLEY BLUNT

cc:    **Via E-service to:**

Mary Louise Serafine (mlserafine@gmail.com)
Ronald M. Raydon (ron@raydonlaw.com)
Sara B. Churchin (schurchin@thompsoncoe.com)
Wade C. Crosnoe (wcrosnoe@thompsoncoe.com)